# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00314-CV

**Eureka Holdings Acquisitions, L.P., Appellant**

**v.**

**Marshall Apartments, LLC, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-005630, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was abated pending this Court's decision in a related mandamus proceeding (No. 03-22-00313-CV). That mandamus petition was denied, and this Court requested a report on the status of this appeal. Appellant indicated it no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Jones*

Dismissed on Appellant's Motion

Filed:   April 27, 2023

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).